# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARK J. WELCZ,**

      **Plaintiff,**

**v.**                                                                                    **Case No:   6:15-cv-19-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court for judicial review of the final decision of the Commissioner of Social Security denying the applications for a period of disability, disability insurance benefits, and Supplemental Security Income.

The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision be AFFIRMED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 28, 2015 (Doc. No. 25), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner of Social Security denying the applications for a period of disability, disability insurance benefits, and Supplemental Security Income is hereby AFFIRMED.

3. The Clerk is directed to enter judgment, accordingly, and CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 14, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties